SO ORDERED.

DONE and SIGNED November 15, 2016.



_____
**JEFFREY P. NORMAN**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**United States Bankruptcy Court**
**Western District of Louisiana**
**Shreveport Division**

| | | |
|---|---|---|
| IN RE:<br>GEORGE STEPHEN PARK<br>MARY SAMMIE PARK<br><br>Chapter 13 | §<br>§<br>§<br>§<br>§ | Case Number: 13-11058 |

### ORDER CONFIRMING CHAPTER 13 PLAN AND
### VALUING COLLATERAL PURSUANT TO 11 USC §506

1. The Court has considered confirmation of the debtor(s) Chapter 13 plan (Docket No. 40) that was proposed on 08/24/2016.

2. All objections to the plan have been withdrawn or overruled.

3. The Court has determined the plan meets all of the requirements of §1329 of the Bankruptcy Code.

4. The value of the collateral for secured claims is set pursuant to the amount set forth in the plan.

5. Attorney's fees pursuant to the Amended Standing Order Regarding "No Look" Fees in Chapter 13 cases are approved in the amount of $500.00.

6. Pre-confirmation adequate protection payments to be disbursed pursuant to Part 7.1 of the plan shall be deemed to be ongoing until payment in full of the secured claim.

7. The plan is confirmed.

###